IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00182-MSK-MEH

LOCALIZE IT ONLINE, LLC, a Colorado limited liability company,

    Plaintiff,

v.

LOCALIZE IT, LLC, an Ohio limited liability company, and
AARON M. GREENE, an individual resident of Ohio,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 1, 2012.**

    The Stipulated Motion to Vacate Status Conference [filed June 1, 2012; docket #20] is **denied**. Counsel for the parties may appear at the Status Conference by telephone by first conferencing together, then calling my Chambers at 303.844.4507 at the appointed time.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.