IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-00182-MSK-MEH

LOCALIZE IT ONLINE, LLC, a Colorado limited liability company,

       Plaintiff,

v.

LOCALIZE IT, LLC, an Ohio limited liability company, and
AAROH M. *GREENE*, an individual resident of Ohio,

       Defendants.

## *AMENDED* ORDER OF DISMISSAL

THIS MATTER is before the Court on the Second Stipulated Request of Dismissal With Prejudice **(#24)** filed June 4, 2012. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED** and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 28 th day of June, 2012.

                              **BY THE COURT:**

                              _____
                              Marcia S. Krieger
                              United States District Judge